IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:16-cv-02043-MJW

RONNIE FRANKLIN, MIKE MONTERRO, NEIMIAH MCGEE,
BRENT BUCHANAN, NATHAN LONG, ANTHONY URNBERG,
ADAM FOUDOU, and FREDRICK A. NICOLOSI,

individually, and on behalf of all others similarly situated,

       Plaintiffs,

v.

PILOT THOMAS LOGISTICS, LLC,

       Defendant.

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to D.C. Colo. LCivR 6.1(a), Plaintiffs and Defendant stipulate to a 21-day extension of time for Defendant to file its Answer or other responsive pleading to Plaintiffs' Collective and Class Action Complaint ("Complaint") [Dkt. #1].

1. Defendant was served with the Complaint on August 15, 2016.  Therefore, Defendant's current deadline to answer or otherwise respond is September 6, 2016.

2. The parties stipulate to a 21-day extension of that deadline, up to and including September 27, 2016.

3. No prior extension has been granted for Defendant's answer or other responsive pleading.

4. Counsel for the parties certify that a copy of this stipulation is being served on their clients.

Submitted:  August 26, 2016

| | |
|---|---|
| *s/ Andrew C. Quisenberry*<br>Sara A. Green<br>Andrew C. Quisenberry<br>BACHUS & SCHANKER, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Telephone: 303.893.9800<br>Fax: 303.893.9900<br>Sara.green@coloradolaw.net<br>Andrew.quisenberry@coloradolaw.net<br><br>ATTORNEYS FOR PLAINTIFFS | *s/ Jacqueline E. Kalk*<br>Jacqueline E. Kalk<br>LITTLER MENDELSON, P.C.<br>1300 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402.2136<br>Telephone:  612.630.1000<br>Fax:  612.630.9626<br>Email:  jkalk@littler.com<br><br>Jennifer S. Harpole<br>LITTLER MENDELSON, P.C.<br>1900 16th St., Suite 800<br>Denver, CO 80202<br>Telephone:  303.629.6200<br>Fax:  303.629.0200<br>jharpole@littler.com<br><br>ATTORNEYS FOR DEFENDANT<br>PILOT THOMAS LOGISTICS, LLC |

Firmwide:142358108.1 999999.2131