## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 16-cv-02043-MJW**

RONNIE FRANKLIN, MIKE MONTERRO, NEIMIAH MCGEE,
BRENT BUCHANAN, NATHAN LONG, ANTHONY URNBERG,
ADAM FOUDOU, and FREDRICK A. NICOLOSI,

individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

PILOT THOMAS LOGISTICS, LLC,

    Defendant.

## NOTICE OF FILING CONSENT TO JOIN FORM

    Plaintiffs, by and through counsel, file the attached Consent to Join Form pursuant to 29 U.S.C. § 216(b) for the following individual:

1. Scott Rink

Dated: August 31, 2016.

        Respectfully Submitted,

        */s/Andrew C. Quisenberry*
        Sara A. Green, Esq.
        Andrew C. Quisenberry, Esq.
        BACHUS & SCHANKER, LLC
        1899 Wynkoop Street, Suite 700
        Denver, CO 80202
        Telephone: 303.893.9800
        Facsimile: 303.893.9900
        Sara.green@coloradolaw.net
        Andrew.quisenberry@coloradolaw.net
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2016, a true and correct copy of the foregoing **NOTICE OF FILING CONSENT TO JOIN FORM** was filed via CM/ECF.

Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 16th St., Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
jharpole@littler.com

Jacqueline E. Kalk
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Fax: 612.630.9626
jkalk@littler.com

        */s/ Andrew C. Quisenberry*
        Andrew C. Quisenberry