## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 16-cv-02043-MJW**

RONNIE FRANKLIN, MIKE MONTERRO, NEIMIAH MCGEE,
BRENT BUCHANAN, NATHAN LONG, ANTHONY URNBERG,
ADAM FOUDOU, and FREDRICK A. NICOLOSI,

individually, and on behalf of all others
similarly situated,

      Plaintiffs,

v.

PILOT THOMAS LOGISTICS, LLC,

      Defendant.

---

## ENTRY OF APPEARANCE

Sara A. Green of the law firm Bachus & Schanker, LLC, hereby enters her appearance on behalf of Plaintiffs in the above-captioned matter.

Dated: September 1, 2016.

                Respectfully Submitted,

                */s/ Sara A. Green*
                Sara A. Green, Esq.
                Andrew C. Quisenberry, Esq.
                BACHUS & SCHANKER, LLC
                1899 Wynkoop Street, Suite 700
                Denver, CO 80202
                Telephone: 303.893.9800
                Facsimile: 303.893.9900
                Sara.green@coloradolaw.net
                Andrew.quisenberry@coloradolaw.net
                *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of September, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via CM/ECF.

Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 16th St., Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
jharpole@littler.com

Jacqueline E. Kalk
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Fax: 612.630.9626
jkalk@littler.com

*/s/ Sara A. Green*